JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BLACK, JR., | Case No. CV 08-7922 CAS (JCG) |
| Petitioner, | |
| v. | JUDGMENT |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: November 8, 2010

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE